

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00128-CR

Joshua **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7686
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 24, 2018.

_____
Rebeca C. Martinez, Justice